**No. 10-10909. Fernando Valdez, Petitioner v. United States District Court for the Western District of Texas.**

565 U.S. 856, 132 S. Ct. 188, 181 L. Ed. 2d 97, 2011 U.S. LEXIS 6364.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10910. Jerome Williams, Petitioner v. Kenneth Romanowski, Warden.**

565 U.S. 856, 132 S. Ct. 189, 181 L. Ed. 2d 97, 2011 U.S. LEXIS 6198.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-10911. Paul Tillage, Petitioner v. United States.**

565 U.S. 856, 132 S. Ct. 189, 181 L. Ed. 2d 97, 2011 U.S. LEXIS 6398.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 404 Fed. Appx. 722.

**No. 10-10912. Beverly Ann Blake, Petitioner v. Warren Maley.**

565 U.S. 856, 132 S. Ct. 189, 181 L. Ed. 2d 97, 2011 U.S. LEXIS 6287,

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of Louisiana, Second Circuit, denied.

Same case below, 57 So. 3d 1122.

**No. 10-10913. Donald Bell, Petitioner v. Myers, Widders, Gibson, Jones and Schneider, LLP.**

565 U.S. 856, 132 S. Ct. 189, 181 L. Ed. 2d 97, 2011 U.S. LEXIS 5874.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-10914. Jonathan Cataldo Bertanelli, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.**

565 U.S. 856, 132 S. Ct. 189, 181 L. Ed. 2d 97, 2011 U.S. LEXIS 6288.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10915. William Thomas Bauberger, Petitioner v. Grady J. Haynes, Superintendent, Warren Correctional Institution.**

565 U.S. 857, 132 S. Ct. 189, 181 L. Ed. 2d 97, 2011 U.S. LEXIS 6231.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 632 F.3d 100.